UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                                                    CASE NO. 8:09-cr-252-T-23TBM

EDGAR DANIEL CABRERA
_____/

**ORDER**

The defendant moves (Doc. 78) for copies of his "PSR, Plea Proceeding Transcripts, Sentencing Proceeding Transcripts, Indictment, Judgment in a Criminal Case."[1] The defendant did not appeal from his sentence and has filed no motion pursuant to 28 U.S.C. § 2255. Accordingly, the motion is **DENIED**. United States v. Warmus, 151 Fed. Appx. 783 (11th Cir. 2005); United States v. Lewis, 37 F. 3d 1510 (table), 1994 WL 563442 (10th Cir. 1994); Skinner v. United States, 434 F.2d 1036 (5th Cir. 1970); Walker v. United States, 424 F.2d 278 (5th Cir. 1970). See also United States v. MacCollom, 426 U.S. 317, 96 S. Ct. 2086 (1976).

ORDERED in Tampa, Florida, on October 25, 2010.

STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE

---

[1] The docket contains a transcript of neither the re-arraignment nor the sentencing.